1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      EASTERN DISTRICT OF CALIFORNIA
8      FRESNO DIVISION
9

10 | Joe Vanwinkle,              | Case No.: 1:11-cv-02063-MJS
11 |         Plaintiff,          | **ORDER**
12 |     vs.                     |
13 | Midland Credit Management, Inc.; and DOES 1-10, inclusive, |
14 |                             |
15 |         Defendants.         |

17   Based on the Stipulation of counsel, the case is dismissed with prejudice, each
18 party to bear its own attorney fees and costs.

23 IT IS SO ORDERED.

24
25   Dated:  June 14, 2012                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE