UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Joe Vanwinkle,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:11-cv-02063-MJS<br><br>**ORDER** |

  Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

IT IS SO ORDERED.

Dated:  June 14, 2012                         /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

1:11-cv-02063-MJS                  STIPULATION OF DISMISSAL